SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1. Intake Clerk *

2. Case Administrator



FROM:    Financial Administrator

DATE: 3/4/2019

CASE NAME: Sowinski

CASE NUMBER: 14-20244-GLT

Check Number 1108531 in the amount of $ 1,647.39 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 15307        Intake Clerk's Initials MF

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA 15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
02/28/2019

Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
PIttsburgh, PA  15219

OR

Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA  16501

Re: DAWNA C. SOWINSKI

Case No: 14-20244GLT

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above. These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Oliphant Financial**(++)
C/O Atlas Acquisitions Llc++
Po Box 864934
Orlando,FL 32886-4934

CHECK NUMBER 1108531      AMOUNT $1647.39

The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:KENNETH STEIDL ESQ
DAWNA C. SOWINSKI

Oliphant Financial**(++)