Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Dawna C. Sowinski** : | Case No. 14−20244−GLT |
| **aka Dawna C. Statler** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 81 |
| v. : | |
| **No Respondents** : | Hearing Date: 6/5/19 at 11:00 AM |
| *Respondent(s).* : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

   *AND NOW,* this *The 26th of March, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 81 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

   (1)   *On or before May 10, 2019*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2)   This Motion is scheduled for hearing on *June 5, 2019 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   (3)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4)   Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

*Gregory L. Taddonio, Judge*
*United States Bankruptcy Court*

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Dawna C. Sowinski
    Debtor

Case No. 14-20244-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 2      Date Rcvd: Mar 26, 2019
                      Form ID: 604      Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.
```
db             +Dawna C. Sowinski,    135 Sportsman Road,    Leechburg, PA 15656-7212
cr             +Oliphant Financial, LLC,    PO Box 788,    Kirkland, WA 98083-0788
cr              UPMC,    c/o Convergent Healthcare Recoveries Inc,    PO Box 1289,    Peioria, IL 61654-1289
13782955        Hayt, Hayt, & Landau, LLC,    123 S. Broad Street,    Suite 1660,    Philadelphia, PA 19109-1003
13782956       +JP Morgan Chase Bank, N.A.,    3415 Vision Drive,    Columbus, OH 43219-6009
14045689       +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13782957        Magee Women's Hospital of UPMC,    PO Box 382059,    Pittsburgh, PA 15250-8059
13782959       +Sterling Jewelers & Kay Jewelers,    c/o Nations Recovery Center, Inc.,
                6491 Peachtree Industrial Blvd.,    Atlanta, GA 30360-2100
13886587       +UPMC,    c/o Convergent Healthcare Recoveries,    PO Box 1289,    Peoria, IL 61654-1289
13782960        UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13782962       +UPMC-Magee,    c/o Convergent Healthcare Recoveries Inc,    124 SW Adam Street,    Suite 215,
                Peoria, IL 61602-2321
13886586       +UPP-University of Pittsburgh,    c/o Convergent Healthcare Recoveries,    PO Box 1289,
                Peoria, IL 61654-1289
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13809792        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 03:09:31
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
13796275       +E-mail/Text: bnc@atlasacq.com Mar 27 2019 03:05:38     Atlas Acquisitions LLC,
                on behalf of Oliphant Financial, LLC,    294 Union St.,    Hackensack, NJ 07601-4303
13782951        E-mail/Text: bnc@alltran.com Mar 27 2019 03:05:39     Capital One Bank, N.A.,
                c/o United Recovery Systems LP,    PO Box 722929,    Houston, TX 77272-2929
13782952        E-mail/Text: bankruptcy@clearviewfcu.org Mar 27 2019 03:06:30
                Clearview Federal Credit Union,    8805 University Boulevard,    Moon Township, PA 15108-2580
13782953       +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 27 2019 03:06:59
                Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13782954        E-mail/Text: bankruptcydpt@mcmcg.com Mar 27 2019 03:06:30     Credit One Bank,
                c/o Midland Credit Management, Inc.,    PO Box 60578,    Los Angeles, CA 90060-0578
13856395        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2019 03:08:00
                LVNV Funding, LLC its successors and assigns as,    assignee of Windstream Communications,,
                Inc.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13782958       +E-mail/PDF: cbp@onemainfinancial.com Mar 27 2019 03:09:07     One Main Financial,
                262 South Water Street,    Suite 2,    Kittanning, PA 16201-2451
13807885        E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2019 03:06:11
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 9
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
13782961*       UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
                                                                                     TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
```

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Mar 26, 2019
                              Form ID: 604            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kenneth Steidl    on behalf of Debtor Dawna C. Sowinski julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5