**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAWNA C. SOWINSKI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-20244<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 25, 2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/23/2014 and confirmed on 3/20/14. The case was subsequently     Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 98,356.30 |
| Less Refunds to Debtor | 1,438.06 | |
| TOTAL AMOUNT OF PLAN FUND | | 96,918.24 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,400.00 | |
|    Trustee Fee | 4,014.78 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,414.78 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 61,930.28 | 0.00 | 61,930.28 |
|     Acct: 8084 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8084 | | | | |
|   JPMORGAN CHASE BANK NA | 9,347.97 | 9,347.97 | 0.00 | 9,347.97 |
|     Acct: 8084 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA F | 213.89 | 213.89 | 0.00 | 213.89 |
|     Acct: 8929 | | | | |
|   CLEARVIEW FCU** | 12,976.04 | 12,976.04 | 1,430.22 | 14,406.26 |
|     Acct: 4105 | | | | |
| | | | | 85,898.40 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAWNA C. SOWINSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAWNA C. SOWINSKI | 1,438.06 | 1,438.06 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 1,647.39 | 1,647.39 | 0.00 | 1,647.39 |
|     Acct: XXXXXXXXXXXXXCIAL | | | | |
| | | | | 1,647.39 |
| **Unsecured** | | | | |
|   CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0298 | | | | |
|   OLIPHANT FINANCIAL**(++) | 1,647.39 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5059 | | | | |
|   AMERICAN INFOSOURCE LP AGENT - MI | 912.90 | 912.90 | 0.00 | 912.90 |
|     Acct: 3427 | | | | |
|   UPMC** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|    Acct: 3334 | | | | |
|   ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX0718 | | | | |
|   UPP - UNIVERSITY OF PITTSBURGH PHY | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3334 | | | | |
|   UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX0007 | | | | |
|   CONVERGENT HEALTHCARE RECOVERI | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX1399 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 44.77 | 44.77 | 0.00 | 44.77 |
|    Acct: 1907 | | | | |
|   OLIPHANT FINANCIAL LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| | | | | 957.67 |
| TOTAL PAID TO CREDITORS | | | | 88,503.46 |

TOTAL
CLAIMED        1,647.39
PRIORITY      22,537.90
SECURED        2,605.06

Date: 03/25/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　DAWNA C. SOWINSKI<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:14-20244<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-20244-GLT
Dawna C. Sowinski                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel                Page 1 of 2              Date Rcvd: Mar 26, 2019
                              Form ID: pdf900           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
```
db             +Dawna C. Sowinski,    135 Sportsman Road,    Leechburg, PA 15656-7212
cr             +Oliphant Financial, LLC,    PO Box 788,    Kirkland, WA 98083-0788
cr              UPMC,   c/o Convergent Healthcare Recoveries Inc,    PO Box 1289,    Peioria, IL 61654-1289
13782955        Hayt, Hayt, & Landau, LLC,    123 S. Broad Street,    Suite 1660,    Philadelphia, PA 19109-1003
13782956       +JP Morgan Chase Bank, N.A.,    3415 Vision Drive,    Columbus, OH 43219-6009
14045689       +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13782957        Magee Women’s Hospital of UPMC,    PO Box 382059,    Pittsburgh, PA 15250-8059
13782959       +Sterling Jewelers & Kay Jewelers,    c/o Nations Recovery Center, Inc.,
                 6491 Peachtree Industrial Blvd.,    Atlanta, GA 30360-2100
13886587       +UPMC,   c/o Convergent Healthcare Recoveries,    PO Box 1289,    Peoria, IL 61654-1289
13782960        UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13782962       +UPMC-Magee,    c/o Convergent Healthcare Recoveries Inc,    124 SW Adam Street,    Suite 215,
                 Peoria, IL 61602-2321
13886586       +UPP-University of Pittsburgh,    c/o Convergent Healthcare Recoveries,    PO Box 1289,
                 Peoria, IL 61654-1289
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13809792         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2019 03:09:34
                 American InfoSource LP as agent for,   Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13796275        +E-mail/Text: bnc@atlasacq.com Mar 27 2019 03:05:38     Atlas Acquisitions LLC,
                 on behalf of Oliphant Financial, LLC,    294 Union St.,    Hackensack, NJ 07601-4303
13782951         E-mail/Text: bnc@alltran.com Mar 27 2019 03:05:38     Capital One Bank, N.A.,
                 c/o United Recovery Systems LP,    PO Box 722929,    Houston, TX 77272-2929
13782952         E-mail/Text: bankruptcy@clearviewfcu.org Mar 27 2019 03:06:30
                 Clearview Federal Credit Union,    8805 University Boulevard,    Moon Township, PA 15108-2580
13782953        +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 27 2019 03:06:59
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13782954         E-mail/Text: bankruptcydpt@mcmcg.com Mar 27 2019 03:06:29     Credit One Bank,
                 c/o Midland Credit Management, Inc.,    PO Box 60578,    Los Angeles, CA 90060-0578
13856395         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2019 03:08:01
                 LVNV Funding, LLC its successors and assigns as,    assignee of Windstream Communications,,
                 Inc.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13782958        +E-mail/PDF: cbp@onemainfinancial.com Mar 27 2019 03:08:20     One Main Financial,
                 262 South Water Street,   Suite 2,    Kittanning, PA 16201-2451
13807885         E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2019 03:06:07
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                                 TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
13782961*       UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
```

```
District/off: 0315-2           User: jhel                  Page 2 of 2                   Date Rcvd: Mar 26, 2019
                               Form ID: pdf900             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kenneth Steidl    on behalf of Debtor Dawna C. Sowinski julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

          TOTAL: 5

Case 14-20244-GLT    Doc 84    Filed 03/28/19    Entered 03/29/19 00:58:28    Desc Imaged
Certificate of Notice    Page 6 of 6