**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/30/19 12:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
　　DAWNA C. SOWINSKI

　　　　Debtor(s)

Ronda J. Winnecour
　　　Movant
　　　　vs.
No Repondents.

Case No.:14-20244

Chapter 13

Related to Dkt. No. 81

**ORDER OF COURT**

　AND NOW, this　　30th　　Day of　　May, 2019,　　upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jah

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 14-20244-GLT
Dawna C. Sowinski                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2              Date Rcvd: May 30, 2019
                              Form ID: pdf900         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
```
db           +Dawna C. Sowinski,    135 Sportsman Road,    Leechburg, PA 15656-7212
cr           +Oliphant Financial, LLC,    PO Box 788,    Kirkland, WA 98083-0788
cr            UPMC,   c/o Convergent Healthcare Recoveries Inc,    PO Box 1289,    Peioria, IL 61654-1289
13782955      Hayt, Hayt, & Landau, LLC,    123 S. Broad Street,    Suite 1660,   Philadelphia, PA 19109-1003
13782956     +JP Morgan Chase Bank, N.A.,    3415 Vision Drive,    Columbus, OH 43219-6009
14045689     +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
               Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13782957      Magee Women's Hospital of UPMC,    PO Box 382059,    Pittsburgh, PA 15250-8059
13782959     +Sterling Jewelers & Kay Jewelers,    c/o Nations Recovery Center, Inc.,
               6491 Peachtree Industrial Blvd.,    Atlanta, GA 30360-2100
13886587     +UPMC,   c/o Convergent Healthcare Recoveries,    PO Box 1289,    Peoria, IL 61654-1289
13782960      UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13782962     +UPMC-Magee,   c/o Convergent Healthcare Recoveries Inc,    124 SW Adam Street,    Suite 215,
               Peoria, IL 61602-2321
13886586     +UPP-University of Pittsburgh,    c/o Convergent Healthcare Recoveries,    PO Box 1289,
               Peoria, IL 61654-1289
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13809792      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2019 03:16:22
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
13796275     +E-mail/Text: bnc@atlasacq.com May 31 2019 03:07:00     Atlas Acquisitions LLC,
               on behalf of Oliphant Financial, LLC,    294 Union St.,    Hackensack, NJ 07601-4303
13782951      E-mail/Text: bnc@alltran.com May 31 2019 03:07:00     Capital One Bank, N.A.,
               c/o United Recovery Systems LP,    PO Box 722929,    Houston, TX 77272-2929
13782952      E-mail/Text: bankruptcy@clearviewfcu.org May 31 2019 03:07:40
               Clearview Federal Credit Union,    8805 University Boulevard,    Moon Township, PA 15108-2580
13782953     +E-mail/Text: bdsupport@creditmanagementcompany.com May 31 2019 03:08:03
               Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13782954      E-mail/Text: bankruptcydpt@mcmcg.com May 31 2019 03:07:39     Credit One Bank,
               c/o Midland Credit Management, Inc.,    PO Box 60578,    Los Angeles, CA 90060-0578
13856395      E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2019 03:03:25
               LVNV Funding, LLC its successors and assigns as,    assignee of Windstream Communications,,
               Inc.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13782958     +E-mail/PDF: cbp@onemainfinancial.com May 31 2019 03:03:48     One Main Financial,
               262 South Water Street,    Suite 2,    Kittanning, PA 16201-2451
13807885      E-mail/Text: bnc-quantum@quantum3group.com May 31 2019 03:07:24
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            JPMORGAN CHASE BANK, N.A.
13782961*     UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com

```
District/off: 0315-2            User: culy                 Page 2 of 2                  Date Rcvd: May 30, 2019
                                Form ID: pdf900            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Kenneth   Steidl    on behalf of Debtor Dawna C. Sowinski julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        TOTAL: 5